M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2009 JUL 28 A 10: 47

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT A...

LArry O. WHite
Full name and prison name of
Plaintiff(s)

v.

HousToN Co. Jail, 1
Sheriff Dept & State
Of Alabama,
Andy Hughes, Doug
Valenza,
O Roberts, Reed, Leary, Turner
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:09 CV 708 -D
(To be supplied by Clerk of U.S. District
Court)

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if state court, name the county)

               _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail
    _____

    PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Same
    _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                              ADDRESS
1. Sheriff Andy Hughes + Doug Vclski
2. Officer Leary
3. Officer Shelly
4. Commander Reed
5. Sgt Turner
6. C.O Chancey + C.O Roberts

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Now - Same
    + 07/22/09 Court Room

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Tolet Tissue, we don't Have it, Soap, Tooth paste, were using paper bags to clean or Butts, If you Have 1¢ on the Books you can't get these Things.

2. There Are 3 people in a 2 man cell we get no brooms or mops to clean our cells up. It like Hog pins, It's unreal by Any one Standards.

It don't make Sense For people To Have to Clean there Butts with Socks, bath Rags, And Have To Bath With Them

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Louis Jackson Laid in his own vomit For Hour. With out mop. With Food poisoning 07/13/09 C,O Leary Said it ain't my problem, The other C.O. He Had to pass out Razors

GROUND TWO: There Is No Deordant given To Inmates

SUPPORTING FACTS: It's horrible being in a Threeman Cell and every is Stinking, They will no allow our Family to bring the basic Necessi That you Have To Have

We get No Under Wear, Socks, T-Shirts Nothing, They get paid For Housing us, Were Is the Money, The Food is terrible Here

GROUND THREE: We Have a Inmate Commsary Fund They could use For Indigent Inmate

SUPPORTING FACTS: There Need to be a Full Investiga Tion Here Now, The Jail Is sink it's in a Swomp The walls are Seperating. You can see it

Issue #3 My Constitutional Rights and Due Process Has been clearly Violated Here, Judge Butch Benfor Was THE D.A in 1991 on Two OF my Cases, Unlaw Ful Dist oF A Controlled Substance, I went to Trial and was found guilty on both cases, I had two trials back to back, the D,A then, who is now Judge, got me 30yr Then, and 12 more a few days ago. This can't be legal, and the worst part is

the same 30yr. I recieved back in 1991, those same two cases were used against me at my Hearing on 07/22/09, NOW tHat's unreal, THey Had to no it, and preceeded anyway, this is what you call Down Here, The good old boys network, Const, Rights do not apply Here.

All I can do is Hope that you'll are not apart of This Good old boy Network, I pray, I'm in hopes, because 17yr ago the same Sheriff, on video Hit me and knocked the bone out of my arm, Andy Hudges and you'll let them go then, all I can do is pray that some one stop please Help us. God Bless you'll.

Love ...

P.S

This Tolet Tissue issue is very serious one Hear, if you Have 1¢ on the Books, you can't get any Tissue, tho crazy They get paid to House us Here, They Feed us pure Slop, I'm saving my diebetic bag and Have used Them From Time to Time I Haven't had Tissue in 2 weeks, Someone please get Here today not tomorrow but Today, it in Humane, no one shoud Have To Live Like This. you can't get indigent pack we Have no Tooth paste, deodarant it's crazy

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

#1 I want For The Indigent to be able To Recieve Toliet Tissue, Soap, Deodorant again, 5 million

#2 For me To Have another Hearing or case Dismissed and to pay me $100 a day For trying such a thing.

*Larry D. White*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 07/24/09
(Date)

*Larry D. White*
Signature of plaintiff(s)

IN ORDER TO GET FREE LEGAL/NONLEGAL STAMPED YOU NEED A BALANCE OF .42 OR LESS ON COMMISSARY! YOU HAVE .52 ON COMMISSARY

Today is 07/24/09
My Reciept

Look At This, I have 52¢ So I can't Send out a Letter. Come on Now. Somebody please Help, and the Worse Part, I don't Really Have 52¢ It's 15¢

Larry D. White 37/21-H pod-10cell
901 E. Main St.
Dothan AL 36301

MONTGOMERY AL 361
27 JUL 2009 PM 3 T

Office of Clerk
U.S. District Court
P.O Box 711
Montgomery AL 36101-0711