IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY D. WHITE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09-CV-708-ID |
| | ) | [WO] |
| | ) | |
| HOUSTON COUNTY JAIL et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon review of the file in this case, and in accordance with Rule 15(a)(2)) of the Federal Rules of Civil Procedure, it is

ORDERED that any further amendment(s) to the complaint must be accompanied by either a motion for leave to amend or a form signed by the parties indicating the consent of all opposing parties.

Done this 6th day of August, 2009.

　　　　　　　　　　　　　  /s/ Susan Russ Walker
　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE